UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WALTER J. JIMERSON JR., | CASE NO. C16-0595-JCC |
| Plaintiff, | ORDER |
| v. | |
| NANCY A. BERRYHILL, | |
| Defendant. | |

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge, Mary Alice Theiler (Dkt. No. 19). Having thoroughly considered the Report and Recommendation, the lack of objections thereto, and the relevant record, the Court finds oral argument unnecessary and hereby ADOPTS the Report and Recommendation (Dkt. No. 19). The Court AFFIRMS the decision of the Commissioner. The Clerk is directed to send copies of this order to the parties and to Judge Theiler.

DATED this 2nd day of May, 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE